# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN M. MEYER,<br>Plaintiff,<br>vs.<br>CACH, LLC, and J.A. CAMBECE LAW OFFICE, P.C.,<br>Defendants. | CIVIL ACTION NO. 2:18-cv-01040<br><br>HON. LISA PUPO LENIIHAN, U.S.D.J. |

## DEFENDANT CACH, LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Defendant CACH, LLC, ("CACH") by its attorneys, Gordon Rees Scully Mansukhani, LLP, submits the following disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and the Local Court Rules:

1. CACH is a privately-held corporation.

2. CACH is 100% owned by LVNV Funding, LLC, which is a privately-held company.

3. No publically held corporation owns 10% or more of its stock.

Dated: August 16, 2018

        Respectfully submitted,

        GORDON REES SCULLY MANSUKHANI, LLP
        By: */s/ Jessica G. Lucas*
        Jessica G. Lucas, Pa I.D. #311280
        707 Grant Street Suite 3800
        Pittsburgh, PA 15219
        T: (412) 577-7400
        F: (412) 347-5461
        jlucas@grsm.com
        *Attorneys for CACH, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2018, I filed and served the foregoing Rule 7.1 Corporate Disclosure Statement upon the following via the Court's Electronic Filing System and U.S. Mail:

> Thomas N. Papadakos, Esq.
> Moynihan Law, P.C.
> 2 Chatham Center, Suite 230
> Pittsburgh, Pennsylvania 15219
> *Attorneys for Steven M. Meyer*
>
> J.A. Cambece Law Office, P.C.
> 200 Cummings Center, Suite 173D
> Beverly, Massachusetts 01915

/s/ *Jessica G. Lucas*

/39682902v.1